UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                     Criminal No. 09-cr-00187-01/15-JL

<u>Troy Muder, et al.</u>

### **O R D E R**

Defendants Richard Woods, Krystil Karlson and Troy Muder have objected to the continuance requested by, and assented-to by the other defendants in this case.  Their objections are overruled, and all defendants' cases will be consolidated for trial.  Given the large number of defendants in this case, a consolidated trial for all defendants is in the interests of justice, especially given that only a small minority of defendants object to the continuance which was the result of the recent status conference in which all defense counsel participated.  The period of delay attributable to the continuance is reasonable, and since the objecting defendants will be joined for trial with the co-defendants who assented to the continuance, the period of delay is excludable under the Speedy Trial Act.  <u>See</u> 18 U.S.C. § 3161(h)(3)(A)(6).

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:    January 25, 2010

cc:  Jennifer C. Davis, AUSA
     David W. Ruoff, Esq.
     Donald A. Kennedy, Esq.
     Bjorn R. Lange, Esq.
     Mark L. Sisti, Esq.
     Richard F. Monteith, Jr., Esq.
     James D. Gleason, Esq.
     Joseph Caulfield, Esq.
     Glenn G. Geiger, Esq.
     Richard H. Hubbard, Esq.
     Michael J. Iacopino, Esq.
     Stanley W. Norkunas, Esq.
     Paul J. Garrity, Esq.
     Kevin E. Sharkey, Esq.
     Simon R. Brown, Esq.
     Willaim R. Sullivan, Jr., Esq.
     Sven D. Wiberg, Esq.