UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                             Criminal No. 09-cr-187-03-JL

Justin Knowles


**O R D E R**

On November 15, 2012, defendant appeared for a preliminary hearing/probable cause hearing under Fed. R. Crim. P. 32.1 on four alleged violations of conditions of supervision, as charged in the government's petition dated October 29, 2012 (doc. no. 703). Defendant is on release from his conviction in 2011 for conspiracy to possess with intent to distribute Oxycodone, Oxycontin, Suboxone, Lorezpam and Ativan, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

Defendant stipulated to probable cause on the violations. I therefore find probable cause that defendant has violated the conditions as charged in the petition.

Defendant sought bail conditions under Rule 32.1(a)(6). The government sought detention. Under Rule 32.1(a)(6), defendant bears the burden of establishing by clear and convincing

evidence that he will not flee and that he poses no danger to
any other person or to the community.  The government conceded
that defendant was not a flight risk but argued that his release
posed a danger to the community.  At the hearing, the court
summarized its findings orally from the bench.  Those oral
findings are incorporated herein.  Based on the evidence
presented at today's hearing, and for the reasons stated on the
record, defendant has failed to meet his burden of persuading
the court that he poses no danger to any other person or to the
community.

In sum, the court finds that defendant did not meet his
burden to show by clear and convincing evidence that his
release, even on strict conditions, would pose no danger to any
other person or the community.  Accordingly, it is **ORDERED** that
the defendant be detained pending a final revocation hearing.

The defendant is committed to the custody of the Attorney
General or his designated representative for confinement in a
corrections facility separate, to the extent practicable, from
persons awaiting or serving sentences or being held in custody
pending appeal.  The defendant shall be afforded a reasonable
opportunity for private consultation with defense counsel.  On
order of a court of the United States or on request of an

attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: November 15, 2012

cc:  Bjorn R. Lange, Esq.
     Jennifer C. Davis, Esq.
     Donald A. Feith, Esq.
     Seth R. Aframe, Esq.
     U.S. Marshal
     U.S. Probation